# NOTICE TO POTENTIAL PLAINTIFFS

**TO:** All current and former EXOTIC DANCERS that worked at THE GENTLEMEN'S GOLD CLUB in Baltimore, Maryland between January 2016 to the present.

**RE:** *Your Right to Join a Lawsuit Seeking Unpaid Overtime.*

**What is the Lawsuit?**

CIVIL ACTION NO. 1:19-cv--00274-JMC is a lawsuit filed in the United States District Court for the District of Maryland against GGC-Baltimore, LLC d/b/a The Gentlemen's Gold Club ("Gold Club") on behalf of current and former exotic dancers ("Exotic Dancers") for unpaid minimum wage compensation and other damages in accordance with the Federal law.

All current and former Exotic Dancers who worked for Gold Club at any time between January 2016 to the present, who were classified as independent contractors and not paid wages for hours worked should be given an opportunity to join the lawsuit.

Gold Club is denying any liability on its part to Plaintiff. Gold Club claims Plaintiff and other Exotic Dancers are not owed any unpaid wages.

The Court expresses no view of who should win the lawsuit at this time.

**What is at Stake and When Must I Act?**

If the Court finds that you should have been and were not paid minimum wage compensation, the Court may award you money damages.

To join the lawsuit, the enclosed consent form must be signed and filed with the Court no later than **60 days** after receiving this notice. Please try to send it at least **14 days** early to allow for processing.

**FEDERAL LAW PROHIBITS GOLD CLUB FROM RETALIATING AGAINST YOU BECAUSE YOU JOIN THE LAWSUIT.**

**What if I do not join the lawsuit?**

You receive no recovery in the lawsuit if you do not join. However, you are under no obligation to join.

**How do I join the lawsuit?**

To join the lawsuit, complete the enclosed consent form and mail or fax it to Plaintiff's attorneys at the address specified below.

The signed consent form must be filed with the Court no later than **60 days** after you receive this notice, so please allow at least at least **14 days** for processing.

You are not a member of the lawsuit until the form is filed.

**You are eligible to file a consent and seek to join the lawsuit EVEN IF you signed a waiver and release of claims.**

You may select an attorney of your own choosing, or you may contact one of the attorneys for the Plaintiff in this case, listed below. If you have questions about the lawsuit or your rights, please contact an attorney right away.

Gregg C. Greenberg
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
Facsimile: (240) 839-9142

**THIS NOTICE IS AUTHORIZED BY THE UNITED STATES DISTRICT COURT**