IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHABRIA "BRI" WILLIAMS | * |
| | * |
| *On Behalf of Herself and All* | * |
| *Other Similarly Situated Individuals* | * |
| | * |
|     PLAINTIFF, | * |
| | * |
|  v. | *  Case No.:  1:19-cv-274 |
| | * |
| GGC-BALTIMORE, LLC | * |
| D/B/A THE GENTLEMEN'S GOLD CLUB | * |
| | * |
|     DEFENDANT. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **CONSENT TO JOIN LAWSUIT**

    I work(ed) as an Exotic Dancer at The Gentlemen's Gold Club in Baltimore, Maryland between the dates January 2016 and the present and I want to be part of the above captioned lawsuit to collect unpaid wages;

    I believe I am a member of the collective class in the above captioned litigation;

    I consent to join the above captioned lawsuit seeking unpaid wages and damages under the Fair Labor Standards Act and will submit to the court's jurisdiction;

    I understand that I will be bound by the judgment of the court as to all issues in the above captioned litigation; and

    I believe I am entitled to relief against the Defendant in the above captioned litigation.

_____
Full Legal Name (please print clearly)

_____ _____
Full Address

_____ _____
Telephone Number                                             E-Mail Address

_____ _____
Signature                                                            Date