IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHABRIA "BRI" WILLIAMS | * |
| | * |
| *On Behalf of Herself and All* | * |
| *Other Similarly Situated Individuals* | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| v. | *  Case No.: 1:19-cv-274 |
| | * |
| GGC-BALTIMORE, LLC | * |
| D/B/A THE GENTLEMEN'S GOLD CLUB | * |
| | * |
|     DEFENDANT. | * |

## ORDER

Plaintiff's Motion for Notice to Potential Plaintiffs and for Conditional Certification ("Plaintiff's Motion") is GRANTED.

Defendant is ordered to produce the names, last known addresses, home and cellular phone numbers, and work and personal e-mail addresses for each individual that worked as an exotic dancer at Defendant's Gentlemen's Gold Club in Baltimore, Maryland at any time during the period January 2016 through the present.

Defendant shall provide this information in an electronic form that can be used by Plaintiff in mailing and/or e-mailing out the Court-approved Notice. This information must be produced to Plaintiff's counsel within 15 days of the entry of this Order.

The Court authorizes that the Notice included with Plaintiff's Motion may be immediately issued to those individuals whose names are being provided as required by this Order. Such Notice shall be mailed by first class mail and/or e-mail at Plaintiff's cost.

The Court authorizes that the Consent included with Plaintiff's Motion shall be enclosed with the Notice to Potential Plaintiffs, along with a self-addressed, stamped envelope. Plaintiff is permitted to send subsequent mailings and/or e-mailings of this Notice at their own expense.

The potential class members shall be provided until sixty (60) days after the mailing and/or e-mailings of the Notice to file a Notice of Consent opting-in to this litigation as plaintiffs. Plaintiff shall provide the Court and opposing counsel with a notice indicating the date on which the Notice forms were mailed and/or e-mailed.

Signed this _____ day of _____, 2019.

 

_____
JUDGE, UNITED STATES DISTRICT
FOR THE DISTRICT OF MARYLAND